IN THE UNITED STATES BANKRUPTCY COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | Case No.: 12-01507 |
| RUTA MICIULIENE | ) | |
| | ) | Judge Jack B. Schmetterer |
| Debtor | ) | Trustee Tom Vaughn |

| | | |
|---|---|---|
| RUTA MICIULIENE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Adv. No. 12-00403 |
| | ) | |
| JP MORGAN CHASE BANK | ) | |
| | ) | |
| Defendant, | ) | |

## [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW

On October 5, 2012, Ruta Miciuliene, ("Debtor" or "Plaintiff"), came before this Court for hearing upon proper notice. The Court having reviewed and considered the Amended Complaint and Exhibits attached thereto and being otherwise fully advised in the premises and having entered an Order of Default, now makes and enters the following Finding of Facts and Conclusions of Law and separately enters judgment in favor of Plaintiff in this matter.

Plaintiff brought this action pursuant to 11 U.S.C. § 506 (a), § 506 (d), and the Federal Rules of Bankruptcy Procedure Rules 3012 and 7001 (2) seeking to determine the value of the Defendant's interest in Debtor's residential real estate and to determine the status of Defendant's claim.

### Finding of Facts

1. Plaintiff filed the instant Bankruptcy Case, 12-01507 on January 17, 2012, under Chapter 13 of the U.S. Bankruptcy Code, currently pending before this Court.

2. The Defendant, JP Morgan Chase Bank, is, upon information and belief, an entity engaged in the business of consumer lending in the State of Illinois, and which maintains a principal place of business in some other state other than the State of Illinois.

3. The Plaintiff owns real property located at 817 Houston Street, Lemont, IL 60439,

with a PIN number of 22-29-235-011-0000.

4. The Plaintiff's interest in the residential property is subject to a first lien from a mortgage held by JP Morgan Chase Bank. This mortgage was recorded on April 12, 2007, with the Cook County Recorder of Deeds as Document Number 0710249090. As of the date of the Petition date there was due and owing on said mortgage at least $348,584.81.

5. The Plaintiff's interest in the residential property is subject to a second lien from a mortgage held by JP Morgan Chase Bank. This mortgage was recorded on April 12, 2007, with the Cook County Recorder of deeds, Document Number 0710249091.

6. No proof of claim has been filed on the second mortgage.

7. The lien securing the second mortgage of Defendant, JP Morgan Chase Bank, is junior to the first mortgage owed to JP Morgan Chase Bank.

8. The Plaintiff alleges that when they filed the bankruptcy petition, the value of the property was $240,000.00. A comparative market analysis is attached.

9. As of the Petition date, the amounts due and owing on the first mortgage lien exceeds the value of the real estate.

10. The Debtor's Chapter 13 Plan provides that the Defendants' claim will be treated as an unsecured non priority claim.

## Conclusions of Law

11. This proceeding arises from the above-captioned Chapter 13 case under Title 11 of the U.S. Code. This Court has both personal and subject matter jurisdiction to hear this case pursuant to §§ 1334 and 157(b)(2) of Title 28 of the United States Code.

12. This is a core proceeding and the Bankruptcy Court has jurisdiction to enter a final order.

13. Venue lies in the District pursuant to § 1409 [handwritten] of Title 28 of the United States Code.

14. Pursuant to § 506(a), "an allowed claim of a creditor secured by a lien on property in which the estate has an interest...is an unsecured claim to the extent that the value of such creditor's interest...is less than the amount of such allowed claim. Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition..."

15. Pursuant to § 506(d), "to the extent that a lien secures a claim against a debtor that is not an allowed secured claim, such lien is void..."

16. Pursuant to § 1322 (b)(2), "the plan may modify the rights of holders of secured claims other than a claim secured only by a security interest in real property that is the debtor's principal residence..." See First Bank, Inc. v. Van Wie, 2003 WL 1563959 (S.D. Ind. 2003); In Re Mann 249 B.R. 831, 840 (1st Cir. BAP 2000); In Re Pond, 2001 U.S. App. Lexis 11287 (2nd Cir. 2001); In Re McDonald, 205 F.2d 6060 (3rd Cir. 2000); Bartee v. Tara Colony Homeowners Association, 212 F.3d 277 (5th Cir. 2000); In Re Lam, 211 BR36 (9th Cir. BAP 1357); In Re Tanner, 217 F.3d 1357 (11th Cir.).

17. This Court decided in In Re Milliletti Forrest, 410 B.R. 816 (September 16, 2009), that valuations of alleged wholly unsecured junior mortgages are to be conducted through an adversary proceeding.

18. The United States District Court for the Northern District of Illinois in In Re Bettye Jean Holloway, 2001 U.S. Dist LEXIS 16898 (October 16, 2001), decided that § 1322 (b)(2), does not protect secondary lien holders whose interest is not supported by some value in the residence and their claim must be determined to be at least partially secured under § 506(a) to be protected from modification.

19. Further, in In Re Dinisha D. Walters, 276 B.R. 879 (April 25, 2002), the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, decided that where a junior creditor's lien was wholly secured, it should be stripped off of the Debtor's residence and avoided if the Debtor performed under the confirmed plan and made all required payments.

20. At the time of the filing, the amount due of the first mortgage exceeded the value of the Real Estate; therefore the Defendants' mortgage lien is wholly unsecured and may be avoided and cancelled.

21. The Defendants' lien has been proven to be wholly unsecured and pursuant to 11 USC 506 can be cancelled upon successful completion of Debtor's Chapter 13 plan.

22. The secured claim of the Defendants against the real estate located at 817 Houston Street, Lemont, IL 60439 is valued at zero.

23. The Plaintiff is entitled to a Judgment Order declaring that, upon successful completion of the Debtor's Chapter 13 plan and entry of Debtor's discharge, the lien of Defendant shall be rendered null and void. The Court retains jurisdiction to enter orders in aid of this judgment after the Debtor's discharge.

Date: Oct 5, 2012

United States Bankruptcy Judge

OCT 0 5 2012

Smith Ortiz P.C.
Attorney for Plaintiff
4309 W. Fullerton Ave.
Chicago, Illinois 60639
Tel.: (773) 384-7400
ted.smith@smithortiz.com

Case 12-00403 Doc 36 Filed 10/05/12 Entered 10/09/12 07:34:58 Desc Main Document Page 5 of 8

817 Houston St, Lemont, IL 60439 - Zillow

Page 1 of 2

12-00403:33.1:Motion for Entry of Default:Exhibit Proposed Findings of Fact and Conclusions of Law Entered: 9/27/2012 1:09:35 PM by:Ted Smith Page 5 of 8

Home › Illinois › Lemont real estate

Views 55

Home shopping just got better! Map your friends and get their advice on neighborhoods.

Map My Friends

### 817 Houston St

**Zestimate®: $260,100**

Rent Zestimate: $1,952/mo
Est. Mortgage: $965/mo
See current rates on Zillow
See Your 2012 Credit Scores Now

| Beds: | |
|---|---|
| Baths: | 2.5 |
| Sqft: | 1,902 |
| Lot: | 9,450 sq ft / 0.22 acres |
| Type: | Single Family |
| Year built: | 1986 |
| Last sold: | October 20, 2005 for $345,000 |
| Parking: | Garage - Attached |
| Cooling: | Central |
| Heating: | -- |
| Fireplace: | Yes |



This is a 1902 square foot, 2.5 bathroom, single family home. It is located at 817 Houston St Lemont, Illinois. The nearest schools are Central Elementary School, Old Quarry Middle School and Lemont Township High School.

More facts

Post for sale/rent · Save · Email · Edit · Share        Map  Print

### Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate | $260,100 | $166K - $481K | -$6,700 | $136 | 03/12/2012 |
| Rent Zestimate | $1,992/mo | $1.5K - $2.4K/mo | -$2 | $1.03 | 03/05/2012 |
| Owner Comment | Post a comment | | | | |

Zestimate  Rent Zestimate  more

1 year  5 years  10 years



Free 2012 Credit Check

### Maps and Views

Map  Bird's Eye View  Street View

☐ Zestimates      View home on larger map
☐ Schools

817 Houston St, Lemont, IL 60439 - Zillow

Page 2 of 2

12-00403:33.1:Motion for Entry of Default:Exhibit Proposed Findings of Fact and Conclusions of Law Entered: 9/27/2012 1:09:35 PM by:Ted Smith Page 6 of 8

Case 12-00403　Doc 36　Filed 10/05/12　Entered 10/09/12 07:34:58　Desc Main
Document　Page 7 of 8

817 Houston St Lemont, IL 60439 home value and local real estate market trends | epp... Page 1 of 2

12-00403:33.1:Motion for Entry of Default:Exhibit Proposed Findings of Fact and Conclusions of Law Entered: 9/27/2012 1:09:35 PM by:Ted Smith Page 7 of 8



Street Address　Zip

Home Values　City Info　Mortgage Rates

### 817 Houston St Lemont, IL 60439

**REFINE SEARCH**

Refinance　Purchase

**Home Value (est):** 234066

**Loan Amount:** $50,000

**State:** Select

**Term:** 30-Year Fixed

**Credit:** Good (700-719)

Update

*Request a Free Quote*

| Lender | Loan Product | Rate | APR | Est. Pmt. |
|---|---|---|---|---|
| Quicken Loans | 30 Yr. Fixed | 3.875% | 4.174% | $705 |
| | 30 Yr. Fixed | 4.125% | 4.298% | $727 |
| | 30 Yr. Fixed | 4.375% | 4.478% | $749 |
| | 5/1 Yr. ARM | 2.625% | 2.863% | $602 |
| ROUNDPOINT | 30 Yr. Fixed | 3.625% | 3.790% | $684 |
| | 30 Yr. Fixed | 3.875% | 3.956% | $705 |
| | 30 Yr. Fixed | 3.990% | 3.990% | $715 |
| | 5/1 Yr. ARM | 2.250% | 2.402% | $573 |
| Close Your OwnLoan | 30 Yr. Fixed | 3.500% | 3.717% | $674 |
| | 5/1 Yr. ARM | 2.375% | 2.520% | $583 |
| | 15 Yr. Fixed | 2.750% | 3.172% | $1,018 |
| | 3/1 Yr. ARM | 2.375% | 2.559% | $583 |
| Seckel Capital, LLC. | 30 Yr. Fixed | 3.875% | 3.875% | $705 |
| | 5/1 Yr. ARM | 2.625% | 2.625% | $602 |
| | 15 Yr. Fixed | 3.250% | 3.250% | $1,054 |
| | 7/1 Yr. ARM | 3.000% | 3.000% | $632 |
| Americash, Inc. | 30 Yr. Fixed | 3.500% | 3.719% | $674 |
| | 30 Yr. Fixed | 3.625% | 3.762% | $684 |
| | 30 Yr. Fixed | 3.875% | 3.930% | $705 |
| | 5/1 Yr. ARM | 2.250% | 2.454% | $573 |

**Valuation**

$23

Zil

$26

Refine

817 Houston S
3.00 Bath, 1902
Get Refinance Quo

**Contact a local A**

Pedro Rodriguez
Savior & Associates
1819 Golden Ridge Drive
Plainfield, IL 60586
(773) 818-4253
Visit My Website

Appraiser
Emie Ramos
(708) 535-2599
Cell Phone:(708) 715-6827

Home Inspector
Randall Foege
Cell Phone:(630) 638-8708

Mortgage Broker
Jevon Robertson
(630) 435-4619
Cell Phone:(312) 719-3328

Real Estate Agent
Richard J. Lorenzetti
(708) 485-6606
Cell Phone:(630) 327-0805

**Local Information**
- More info about Lem
- Homes for Sale in Le

**Helpful Links**
- Home Values Trends
- Local Demographic
- Need Assistance Mo
- Find Local Foreclosu
- Local Job Opportuni
- Rentals in the Area

### Recently Sold Homes

List View　Map View

| Address | Sales Price | Sale Date | Bed/Bath | Sq. Ft. |
|---|---|---|---|---|
| 830 Schultz St, Lemont, IL 60439 | $278,000 | 12/29/2010 | 0/2 | 2134 |
| 12032 Center Dr, Lemont, IL 60439 | $226,000 | 10/21/2010 | 0/2 | 1625 |
| 4 Wild Plum Ct, Lemont, IL 60439 | $335,000 | 10/5/2010 | 0/3 | 2046 |
| 903 Hillview Dr, Lemont, IL 60439 | $245,000 | 12/5/2010 | 0/2 | 1692 |
| 110 Grove Ct, Lemont, IL 60439 | $290,000 | 9/16/2010 | 0/2 | 1843 |

Recent Sales

Case 12-00403   Doc 36   Filed 10/05/12   Entered 10/09/12 07:34:58   Desc Main
Document   Page 8 of 8

817 Houston St Lemont, IL 60439 home value and local real estate market trends | epp...   Page 2 of 2

12-00403:33.1:Motion for Entry of Default:Exhibit Proposed Findings of Fact and Conclusions of Law Entered: 9/27/2012 1:09:35 PM by:Ted Smith Page 8 of 8

817 Houston St is in the 60439 ZIP code in Lemont, IL. 817 Houston St has approximately 1902 square feet. 817 Houston St has 0 bedrooms and 3.00 bathrooms. 817 Houston St was last sold on 10

**Nearby Cities Real Estate**
- Homer Glen, IL Real Estate
- Bolingbrook, IL Real Estate
- Darien, IL Real Estate
- Woodridge, IL Real Estate
- Burr Ridge, IL Real Estate

**Lemont Real Estate Professionals**
- Lemont, IL Real Estate Agents
- Lemont, IL Home Inspectors
- Lemont, IL Home Appraisers

**Other Lemont Resources**
- Lemont Home Values
- Lemont Demographics
- Lemont Recent Home Sales
- Lemont Homes for Sale

This site uses data obtained from numerous public sources. Some areas of the country provide us with different levels of information. It is presented on an 'as is' 'as available' basis. This site makes n without limitation to the information provided, nor is responsible for any errors or omissions. This valuation is NOT an appraisal. User acknowledges that this product is a technology report, a produc technology analysis. This information is compiled from public documents and is not guaranteed. No human interaction or inspection goes into the final results and analysis.

Zillow, Inc., 2008. Use is subject to Terms of Use. What's a Zestimate?

Copyright © 2012 eppraisal.com, all rights reserved.
Home Values | About us | Contact us | Help   Real Estate Widgets | Professional Real Estate Directory | Find a Pro